UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-050-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| SCOTT A. ANDERSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 26, 2006. The United States was represented by AUSA J. Tate London and the defendant by Peter Mazzone. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 18, 2005 by the Honorable Thomas S. Zilly on a charge of Interstate Transmission of Stolen Funds, and sentenced to 24 months custody, three years supervised release. (Dkt. 96).

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate with DNA collection, be prohibited from possessing a firearm, submit to mandatory drug testing, participate in substance abuse treatment, abstain from alcohol, submit

to search, participate in a mental health program, be prohibited from gambling, attend Gamblers Anonymous meetings if directed, pay restitution in the amount of $108,510.53, provide access to financial information, provide information concerning any business interests, disclose all assets and liabilities, allow search of computer, be prohibited from incurring any new credit charges or obtaining any new credit, be prohibited from self-employment, employment for cash, or employment by friends or relatives without approval, submit all employment for approval and provide verification of income and earnings, cooperate with IRS and pay tax obligations, and submit to wage garnishment.

In an application dated September 29, 2006 (Dkt 99), U.S. Probation Officer Brian H. Rogers alleged the following violations of the conditions of supervised release:

1. Failing to submit to substance abuse testing on March 14, 2006; April 3, 2006; June 26, 2006; July 5, 2006 and September 7, 2006 in violation of the special condition that he submit to testing as directed by the probation office.

2. Failing to pay restitution as directed in July and August 2006 in violation of the special condition requiring that he pay restitution in monthly installments of not less than 10% of his gross household income.

3. Obtaining a car loan for a 2006 Jeep Cherokee without approval of the probation officer, in violation of the special condition that prohibits him from obtaining a loan without approval of the U.S. Probation Officer.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 26th day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:           Honorable Thomas S. Zilly
      AUSA:                     J. Tate London
      Defendant's attorney:     Peter Mazzone
      Probation officer:        Brian H. Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3